UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEVIN BOUIE,

    Plaintiff,

v.   Case No. 6:22-cv-2207-RBD-LHP

A-1 ROOF TRUSSES LTD, COMPANY,

    Defendant.
_____

### ORDER OF DISMISSAL

The parties have filed a stipulation of dismissal (Doc. 26). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**. All pending motions are denied as moot and all deadlines and hearings are terminated. The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 12, 2024.

ROY B. DALTON, JR.
United States District Judge